FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 0 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-2008 MV |
| | ) | |
| vs. | ) | Count 1:  18 U.S.C. §§ 922(g)(1) and |
| | ) | 924(a)(2): Felon in Possession of |
| **RICARDO A. TERAN**, | ) | Firearms and Ammunition; |
| | ) | |
| Defendant. | ) | Count 2:  18 U.S.C. §§ 931(a)(1) and |
| | ) | 924(a)(7):  Possession of Body Armor |
| | ) | by a Felon Who has Been Convicted of |
| | ) | a Crime of Violence. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about February 5, 2016, in McKinley County, in the District of New Mexico, the defendant, **RICARDO A. TERAN**, having been convicted of the following felony crimes punishable by imprisonment for a term exceeding one year:

   (1) aggravated assault with a deadly weapon,

   (2) receiving stolen property, a firearm, and

   (3) aggravated assault against a household member,

knowingly possessed, in and affecting commerce, firearms and ammunition:

   (1) a Kel-Tec, model KSG 12-gauge shotgun, serial number XA718,

   (2) a Smith & Wesson, model M&P, 9mm pistol, serial number DXB1286,

   (3) a Heritage, model Rough Rider, .22 caliber revolver, serial number HZ05947,

   (4) fifteen (15) Winchester brand 12-gauge cartridges,

   (5) seventeen (17) Federal brand 9mm Luger caliber cartridges,

(6) fifteen (15) Remington brand 9mm Luger caliber cartridges, and

(7) thirty-two (32) Arms Corp. brand .22LR caliber cartridges.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Count 2

On or about February 5, 2016, in McKinley County, in the District of New Mexico, the defendant, **RICARDO A. TERAN**, having been convicted of the following felony crimes of violence punishable by imprisonment for a term exceeding one year:

(1) aggravated assault deadly weapon, and

(2) aggravated assault against a household member,

knowingly possessed, in and affecting commerce, body armor, as defined in 18 U.S.C. § 921(a)(35):

(1) Blue Galls Body Armor, serial number 2003-031,

(2) Survival Armor Body Armor, serial number 1308200481,

(3) Second Chance Body Armor, serial number 13024944, and

(4) Point Black Body Armor, unknown serial number.

In violation of 18 U.S.C. §§ 931(a)(1) and 924(a)(7).

## FORFEITURE ALLEGATIONS

Upon conviction of either offense alleged in this Indictment, the defendant, **RICARDO A. TERAN**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in the commission of the offense in Count 1 and the body armor involved in Count 2 described as follows:

(1) a Kel-Tec, model KSG 12-gauge shotgun, serial number XA718,

(2) a Smith & Wesson, model M&P, 9mm pistol, serial number DXB1286,

(3) a Heritage, model Rough Rider, .22 caliber revolver, serial number HZ05947,

(4) fifteen (15) Winchester brand 12-gauge cartridges,

(5) seventeen (17) Federal brand 9mm Luger caliber cartridges,

(6) fifteen (15) Remington brand 9mm Luger caliber cartridges,

(7) thirty-two (32) Arms Corp. brand .22LR caliber cartridges,

(8) Blue Galls Body Armor, serial number 2003-031,

(9) Survival Armor Body Armor, serial number 1308200481,

(10) Second Chance Body Armor, serial number 13024944, and

(11) Point Black Body Armor, unknown serial number.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
KAB
05/04/16  8:18AM